IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMADOR SERRANO,

    Petitioner,                        No. CIV S-09-3304 GGH P

   vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                   ORDER

/

        Petitioner, a prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner states that he is unable to pay the filing fee, but has not filed a request to proceed in forma pauperis.

        Petitioner is incarcerated in Imperial County, at the United States Immigration and Customs Enforcement ("ICE") Processing Center. Petitioner states that he was convicted in Santa Clara County for violating his probation, although the dates and underlying offenses are difficult to ascertain. The petition (32 pages, single-spaced, mostly case citations and quotes) is difficult to construe, particularly the chronology and reasons for petitioner's initial and subsequent convictions, their respective case numbers and outcomes, and plaintiff's current status. While plaintiff asserts that he is being placed in Double Jeopardy, and appears to assert that he is being denied placement in a community rehabilitation program, it remains unclear what

he is challenging, or even whether this case is properly filed in this court.  See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973) (habeas petition may be brought in U.S. District Court encompassing place of conviction or place of incarceration).

The petition will therefore be dismissed with leave to amend.  See Rules 2 and 4(c), Rules Governing Section 2254 Cases.  If petitioner chooses to file an amended petition, he must adhere to the format set forth in the form petition that will be provided with this order, confining his comments to his legal claim(s), with the necessary chronology and facts, and only pertinent legal citations.  Supporting exhibits should also be provided, and attached to the completed form petition.  Petitioner will also be given the opportunity to file an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The petition for habeas corpus filed November 30, 2009 (Docket 1), is dismissed with leave to amend;

2. Petitioner may file an amended petition for habeas corpus within twenty-eight days of the filing date of this order;

3. Petitioner may also file an application to proceed in forma pauperis within twenty-eight days of the filing date of this order;

4. The Clerk of Court is directed to provide petitioner with the forms appropriate for filing, in this district: (1) a habeas petition pursuant to 28 U.S.C. § 2254, and (2) an application to proceed in forma pauperis; and

5. Failure of petitioner to timely file an amended petition for habeas corpus shall result in dismissal of this action.

DATED: January 10, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE